*H. W. TAYLOR, RESPONDENT, v. JAMES Mc-    [104] KINLEY, ALEXANDER GARRIOCH AND G. W. MOWBRAY, APPELLANTS.

APPEAL—REVIEW ON.—Where the evidence is dubious or conflicting, this Court will not revise the discretion of the Court below, in granting or refusing a new trial.

APPEAL from the Superior Court of San Francisco.

The plaintiff sued for work done on the sloop Nabob & Ruth, and a wharf and lime-kiln, all belonging to the defendants.

The defendants McKinley and Garrioch answered, denying each of the allegations of the complaint.

The jury found a verdict in favor of the plaintiff, whereupon the defendant McKinley applied to the Court for a new trial, and, in support of his application, filed his own affidavit, alleging that he had been surprised at the trial, by the production of his co-defendant, Mowbray, as a wit-

ness on behalf of plaintiff. After hearing the counter affidavit of R. F. Ryan, attorney for plaintiff, the Court refused to grant a new trial, and the defendants McKinley and Garrioch appealed.

*Crockett & Page,* for Appellants.

*R. F. Ryan,* for Respondent.

The affidavit of surprise is not a ground for a new trial, after verdict. It is no ground for a new trial that a party is not prepared. (5 Dana, 34; 8 Johns. 842; 15 Johns. 210; 4 Caines, 118.) Or that, upon a new trial, he could contradict a witness. (3 Greenleaf, 77.)

Mr. Justice HEYDENFELDT delivered the opinion of the Court. Mr. Ch. J. MURRAY concurred.

This Court has always refused to interfere with the verdict of a jury, where the evidence is dubious or conflicting. Nor, in such case, will we revise the discretion of the Court below, in granting or refusing a new trial.

The assignments of error made in this case are too unsubstantial to require consideration or argument.

Let the judgment be affirmed, with ten per cent. damages.